# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN LEWIS WHITE,

    *Petitioner*,

vs.

JO GENTRY, *et al.*,

    *Respondents.*

2:17-cv-02216-JCM-NJK

ORDER

Petitioner's motion (ECF No. 7) for an extension of time is GRANTED *nunc pro tunc*, in connection with the show-cause response (ECF No. 8) filed on December 4, 2017.

DATED: December 15, 2017.

_____
JAMES C. MAHAN
United States District Judge